*In re Marriage of Vonasek,* No. 73947-1. Petition for review of a decision of the Court of Appeals, No. 28218-6-II, March 25, 2003, 116 Wn. App. 1022. *Denied* November 4, 2003.

*Allstot, Respondent, v. Edwards, Individually and as Chief of Police, Defendant, Town of Coulee Dam, Petitioner,* No. 73949-8. Petition for review of a decision of the Court of Appeals, No. 21259-9-III, April 3, 2003, 116 Wn. App. 424. *Denied* November 4, 2003.

*Roeber, Petitioner, v. Dowty Aerospace Yakima, Respondent,* No. 73950-1. Petition for review of a decision of the Court of Appeals, Nos. 21125-8-III; 21149-5-III, March 11, 2003, 116 Wn. App. 127. *Denied* November 4, 2003.

*Banta, Petitioner, v. Employment Sec. Dep't, Respondent,* No. 73952-8. Petition for review of a decision of the Court of Appeals, No. 50410-0-I, March 3, 2003, 115 Wn. 1056. *Denied* November 4, 2003.

*Muckleshoot Indian Tribe, Petitioner, v. Dep't of Ecology, et al., Respondents,* No. 73953-6. Petition for review of a decision of the Court of Appeals, No. 49650-6-I, July 29, 2002, 112 Wn. App. 712. *Denied* November 4, 2003.

*State, Respondent, v. Wilson, Petitioner. In re Pers. Restraint of Wilson, Petitioner,* No. 73954-4. Petition for review of a decision of the Court of Appeals, Nos. 49174-1-I; 50496-7-I, March 31, 2003, 117 Wn. App. 1. *Denied* November 4, 2003.

*State, Respondent, v. Valdez, Petitioner,* No. 73955-2. Petition for review of a decision of the Court of Appeals, No. 49771-5-I, April 28, 2003, 116 Wn. App. 1049. *Denied* November 4, 2003.